USCA1 Opinion

 

 July 11, 1994 [NOT FOR PUBLICATION] FIRST CIRCUIT COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1173 DANIEL, MANN, JOHNSON & MENDENHALL and DANIEL, MANN, JOHNSON & MENDENHALL INTERNATIONAL, Plaintiffs, Appellants, v. THE ARCHITECTS COLLABORATIVE, INC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Cyr and Stahl, Circuit Judges. ______________ ____________________ Robert G. Abrams, with whom Lee P. Curtis, Joanne E. Caruso, _________________ ______________ _________________ Robert E. Leidenheimer, Jr., Howrey & Simon, A. Van C. Lanckton, and ___________________________ ______________ ___________________ Craig and MaCauley, P.C., were on brief for appellants. ________________________ John A.D. Gilmore, with whom Carl M. Sapers and Hill & Barlow __________________ _______________ ______________ were on brief for appellee. ____________________ ____________________ Per Curiam. This appeal from a district court order Per Curiam __________ denying appellants' motion for a preliminary injunction against the continuation of arbitration proceedings before the American Arbitration Association ("AAA") is dismissed as moot, see McLane ___ ______ v. Mercedes-Benz of No. Am., 3 F.3d 522, 524 (1st Cir. 1993), due ________________________ to the issuance, on June 15, 1994, of an arbitral award in the AAA proceedings sought to be enjoined by appellants. According- ly, the appeal is summarily dismissed, see Loc. R. 27.1, with ___ costs to appellee, and the case is remanded to the district court for further proceedings. SO ORDERED. SO ORDERED __ _______